JANOSEK, APPELLEE, *v*. JANOSEK, APPELLANT.

[Cite as *Janosek v. Janosek*, 127 Ohio St.3d 1262, 2010-Ohio-6132.]

*Appeal dismissed as improvidently accepted.*

(No. 2009-1705 — Submitted October 13, 2010 — Decided December 20, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County,

Nos. 91882 and 91914, 2009-Ohio-3882.

_____

{¶ 1}   The cause is dismissed, sua sponte, as having been improvidently accepted.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

James C. Cochran and Gary S. Singletary, for appellee.

Baker & Hostetler, L.L.P., James E. Loeb, David L. Marberger, and Suzanne M. Jambe; and Zukerman, Daiker & Lear Co., L.P.A., Larry W. Zukerman, and Paul B. Daiker, for appellant.

_____